**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6315**

―――――――――

CHEVY RAMAT SHIVAEE,

Plaintiff - Appellant,

versus

E. M. CUBE, M.D.,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-98-780-7)

―――――――――

Submitted: April 27, 2001          Decided: May 7, 2001

―――――――――

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Chevy Ramat Shivaee, Appellant Pro Se. George W. Wooten, Peter Duane Vieth, WOOTEN & HART, P.C., Roanoke, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chevy Ramat Shivaee appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion to reconsider a prior order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Shivaee v. Cube, No. CA-98-780-7 (W.D. Va. Feb. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED